AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | FILED |

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

MAY 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---
SEE ATTACHED

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
SEE ATTACHED

DEFENDANT - U.S.
▶ GERARDO C. PADILLA

DISTRICT COURT NUMBER
CR 07 0297 MAG

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
NATIONAL PARK SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☑ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEREK R. OWENS, AUSA

DEFENDANT

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

Penalty Sheet Attachment
United States v. Gerardo C. Padilla

## OFFENSES CHARGED

Defendant is charged with violating 36 C.F.R. § 4.23(a)(1), Driving Under the Influence of Alcohol, a Class B Misdemeanor.

Defendant is charged with violating 36 C.F.R. § 4.23(a)(2), Operating a Motor Vehicle with a Blood Alcohol Concentration of 0.08 Percent or More, a Class B Misdemeanor.

Defendant is charged with violating 36 C.F.R. § 4.14(b), Open Container of Alcoholic Beverage, a Class B Misdemeanor.

## PENALTY

The maximum penalties for 36 C.F.R. § 4.23(a)(1) are:

Maximum Prison Term: 6 Months
Maximum Fine: $5,000
Mandatory Special Assessment: $10


The maximum penalties for 36 C.F.R. § 4.23(a)(2) are:

Maximum Prison Term: 6 Months
Maximum Fine: $5,000
Mandatory Special Assessment: $10


The maximum penalties for 36 C.F.R. § 4.14(b) are:

Maximum Prison Term: 6 Months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

FILED

MAY 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERARDO C. PADILLA,<br><br>    Defendant. | CR No. 07 0297<br><br>VIOLATIONS: Title 36, Code of Federal Regulations § 4.23(a)(1) – Operating Under the Influence of Alcohol (Class B Misdemeanor); Title 36, Code of Federal Regulations § 4.23(a)(2) – Operating With a Blood Alcohol Concentration of 0.08 Percent or More (Class B Misdemeanor); Title 36, Code of Federal Regulations § 4.14(b) – Open Container of Alcoholic Beverage (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |
|---|---|

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.23(a)(1) – Operating a Motor Vehicle Under the Influence of Alcohol

On or about January 14, 2007, in the Northern District of California, within the boundaries of an area within the purview of the National Park Service, the defendant,

GERARDO C. PADILLA,

operated or was in actual physical control of a motor vehicle while under the influence of

1  alcohol, drugs, or any combination thereof, to a degree that rendered him incapable of safe
2  operation, in violation of Title 36, Code of Federal Regulations § 4.23(a)(1), a Class B
3  Misdemeanor.
4  COUNT TWO: 36 C.F.R. § 4.23(a)(2) – Operating a Motor Vehicle With a Blood Alcohol
5  Concentration of 0.08 Percent or More
6  On or about January 14, 2007, in the Northern District of California, within the boundaries of
7  an area within the purview of the National Park Service, the defendant,
8  GERARDO C. PADILLA,
9  operated or was in physical control of a motor vehicle while the alcohol concentration in his
10  blood or breath was 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or
11  more of alcohol per 210 liters of breath, in violation of Title 36, Code of Federal Regulations §
12  4.23(a)(2), a Class B Misdemeanor.
13  COUNT THREE: 36 C.F.R. § 4.14(b) – Open Container of Alcoholic Beverage
14  On or about January 14, 2007, in the Northern District of California, within the boundaries of
15  an area within the purview of the National Park Service, the defendant,
16  GERARDO C. PADILLA,
17  carried or stored a bottle, can or any other receptacle containing an alcoholic beverage that was
18  open, or had been opened, or whose seal had been broken or the contents of which had been
19  partially removed, within a motor vehicle in a park area, in violation of Title 36, Code of Federal
20  Regulations § 4.14(b), a Class B Misdemeanor.

DATED: May 2, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____
DEREK R. OWENS
Special Assistant United States Attorney