SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> GERARDO C. PADILLA, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 07-00297 MAG <br><br> **NOTICE OF CHANGE OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Special Assistant United States Attorney ("SAUSA") for this case is Wendy Thomas. Future ECF notices should be sent to SAUSA Thomas only at the email address of wendy.thomas@usdoj.gov. AUSA Derek Owens should be removed from the list

//

//

//

//

NOTICE OF CHANGE OF COUNSEL
[CR 07-00297 MAG]

1  of persons to be noticed.

2

3  DATED: July 31, 2007                    Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5

6                                               /s/ Derek Owens
                                           DEREK OWENS
7                                          Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF COUNSEL
[CR 07-00297 MAG]