1  Roger W. Patton (SBN 51906)
2  PATTON ♦ WOLAN ♦ CARLISE LLP
   1814 Franklin Street, Suite 501
3  Oakland, CA 94612
   Telephone: (510) 987-7500
4  Facsimile:  (510) 987-7575

5
   Attorney for Defendant
6  GERARDO C. PADILLA

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

12

13  UNITED STATES OF AMERICA,        )   Case No.:  CR 07-0297
                                     )
14                      Plaintiff,   )   **STIPULATION TO CONTINUE**
                                     )   **CHANGE OF PLEA HEARING**
15       v.                          )
                                     )   **Prior Hearing Date: 10/12/07**
16  GERARDO C. PADILLA,              )
                                     )   **[PROPOSED] New Hearing Date:**
17                      Defendants.  )   **10/26/07**
                                     )
18                                   )
                                     )
19                                   )

20
         Plaintiff, United States of America by and through its Counsel of Record the United States
21
    Attorney for the Northern District of California and Assistant United States Attorney Wendy
22
    Thomas and defendant GERARDO PADILLA, by and through its counsel of record Roger W.
23
    Patton hereby stipulate as follows:
24
         That the previously ordered change of plea hearing is changed from 10:30 A.M. on
25
    October 12, 2007 to 10:30 A.M. on October 26, 2007 in Courtroom A, in order for Mr. Padilla to
26
    travel to San Francisco, California.
27

28

---

The parties hereby agree to and request that the case be continue until October 26, 2007, and that the exclusion of time until then be granted.

Dated: _____        /// s ///
                                      _____
                                      WENDY THOMAS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff, United States of America


Dated: _____        /// s ///
                                      _____
                                      ROGER W. PATTON
                                      Attorney for Defendant,
                                      Gerardo C. Padilla

IT IS SO ORDERED.

Dated: _____        _____
                                      JOSEPH C. SPERO
                                      United States District Court Judge