1  Roger W. Patton (SBN 51906)
2  PATTON ♦ WOLAN ♦ CARLISE LLP
   1814 Franklin Street, Suite 501
3  Oakland, CA 94612
   Telephone: (510) 987-7500
4  Facsimile:  (510) 987-7575
5
   Attorney for Defendant
6  GERARDO C. PADILLA
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12
13  UNITED STATES OF AMERICA,          ) Case No.:  CR 07-0297
                                       )
14                        Plaintiff,   ) **STIPULATION TO CONTINUE**
                                       ) **CHANGE OF PLEA HEARING**
15       v.                            )
                                       ) **Prior Hearing Date: 10/12/07**
16  GERARDO C. PADILLA,                )
                                       ) [**PROPOSED**] **New Hearing Date:**
17                        Defendants.  ) **10/26/07**
                                       )
18                                     )
                                       )
19                                     )
20
21      Plaintiff, United States of America by and through its Counsel of Record the United States
22  Attorney for the Northern District of California and Assistant United States Attorney Wendy
23  Thomas and defendant GERARDO PADILLA, by and through its counsel of record Roger W.
24  Patton hereby stipulate as follows:
25      That the previously ordered change of plea hearing is changed from 10:30 A.M. on
26  October 12, 2007 to 10:30 A.M. on October 26, 2007 in Courtroom A, in order for Mr. Padilla to
27  travel to San Francisco, California.
28

---
1
Stipulation To Continue

The parties hereby agree to and request that the case be continue until October 26, 2007, and that the exclusion of time until then be granted.

Dated:  10/03/07

/// s ///

WENDY THOMAS
Assistant United States Attorney
Attorney for Plaintiff, United States of America

Dated:  10/03/07

/// s ///

ROGER W. PATTON
Attorney for Defendant,
Gerardo C. Padilla

IT IS SO ORDERED.

Dated:  October 9, 2007

_____
JOSEPH C. SPERO
United States District Court Judge