# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 07-00297-1 JCS |
| ) | |
| Gerardo C. Padilla ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _February 8, 2008_ be continued until _March 7, 2008_ at _10:30 a.m._.

Date: _1/7/08_

_____
Joseph C. Spero
United States Magistrate Judge

NDC-PSR-009 12/06/04