04/23/2008 04:34 PM EST                                                                                                                        Version 7.0.1

# Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | GERARD C. PADILLA | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461018149 | 1 | PR | 10.00 | 04/14/2008 |

Case No. DCAN307CR000297    US V PADILLA

Division Payment Total    10.00

Grand Total    10.00

$10.00 SPECIAL ASSESSMENT
PAID IN FULL
on 4-14-08

Page 1 of 1