08/05/2008 12:22 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **US V PADILLA** | | | | | | | |
| | **Case No. DCAN307CR000297** | | | | | | | | | |
| 001 | GERARD C. PADILLA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461102I741 | 1 | PR | 1,000.00 | 07/28/2008 |
| 001 | GERARD C. PADILLA | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461101I8149 | 1 | PR | 10.00 | 04/14/2008 |
| | | | | | | **Division Payment Total** | | | **1,010.00** | |
| | | | | | | **Grand Total** | | | **1,010.00** | |

$ _1,000.00_ FINE PAID IN FULL

cm 7-28-08

Page 1  of  1